1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN SHIBLEY, by and through her Successor in Interest, ASHLY NORINE PARRISH and JOANNA MCCARTHY, <br>                             Plaintiffs, <br>         v. <br> COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY CHILD AND FAMILY SERVICES; RHONDA CUFONE; ROSE PICANINO; and DOES 1-10, <br>                            Defendants. | Case No. 5:19-cv-00065-SPG-SP <br><br> **JUDGMENT** |

The parties, Plaintiffs Autumn Shibley by and through her Successor in Interest, Ashly Norine Parrish, and Joanna McCarthy ("Plaintiffs") and Defendants County of San Bernardino, Rhonda Cufone, and Rose Piccinino ("Defendants"), through their respective attorneys of record, have stipulated to the following:

A.     On May 15, 2023, the Court entered an Order regarding Motions for Summary Judgment, (ECF No. 127 ("Court's Order")), in which the Court granted, in part, Defendants' motion for summary judgment.

B.     The parties have reached a settlement with respect to the claims on which the Court denied summary judgment (the "Outstanding Claims").

C.    Pursuant to Federal Rules of Civil Procedure Rule 41(a), the parties have further stipulated to the dismissal with prejudice of the Outstanding Claims, *see* (ECF No. 140), with each party bearing its own attorneys' fees, costs, and expenses, and for the entry of a final judgment as to this action.

D.    Following the entry of this final judgment order, Plaintiffs intend to appeal the Court's Order with respect to the claims on which the Court granted summary judgment.

Pursuant to the stipulation and its terms between Plaintiffs and Defendants providing for the entry of judgment,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants and against Plaintiffs as follows: The entire action is dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED:  April 11, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-